**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CLIFFORD, TIMOTHY J., JR.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-12707 CAD<br><br>JUDGE CAROL A. DOYLE |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         219 SOUTH DEARBORN, COURTROOM 742
         CHICAGO, ILLINOIS  60604

   on:   **December 4, 2007**
   at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $            34,030.44

   b. Disbursements                               $            18,000.00

   c. Net Cash Available for Distribution         $            16,030.44

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $4,153.04 | |

| | | |
|---|---|---|
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $8,826.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $195.78 |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $486,483.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.59%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Yellow Book USA | $ 6,515.00 | $ 38.24 |
| 2 | Chase Bank USA, N.A. | $ 12,582.98 | $ 73.86 |
| 4 | DLS Computer Services | $ 80.00 | $ 0.47* |
| 5 | Richards | $ 3,783.43 | $ 22.21 |
| 6 | Republic Wds, LLC | $ 357,064.54 | $ 2,095.94 |
| 7 | Absolute Windows | $ 9,982.28 | $ 58.60 |
| 8 | Tri-State | $ 5,992.79 | $ 35.18 |
| 9 | Tri-State Northwest | $ 18,801.29 | $ 110.36 |
| 10 | JP Morgan Chase Bank aka Bank One, NA | $ 66,041.87 | $ 387.66 |
| 11 | Armstrong Steel Doors | $ 5,639.38 | $ 33.10 |

*Dividends under $5.00 will be deposited with the Court.

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: security deposit,

      household goods and furnishings, jewelry, pension plan, 2003 Acura automobile, savings account.

Dated:  **November 7, 2007**       For the Court,

      By: **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the United States Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL  60604

Trustee:    GLENN R. HEYMAN
Address:    135 S. LaSalle Street, #3705
                Chicago, IL  60603
Phone No.: (312) 641-6777

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

                         2707   Doc 63   Filed 11/07/07   Entered 11/10/07 00:25:22   Desc Imaged
                                     Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 2                Date Rcvd: Nov 07, 2007
Case: 06-12707                  Form ID: pdf002              Total Served: 65


The following entities were served by first class mail on Nov 09, 2007.
db           +Timothy J. Clifford, Jr.,    1640 Lincoln Meadows Circle,    Unit 822,    Schaumburg, IL 60173-6136
aty          +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty          +Julia E Jensen,    Dimonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10948858     +ARC Disposal,    P O Box 9001855,    Louisville, KY 40290-1855
10948861     +AT&T,    Saginaw, MI 48663-0001
10948862      AT&T Internet,    P O Box 650396,    Dallas, TX 75265-0396
10948852     +Absolute Windows,    9630 S 76th Ave,    Hickory Hills, IL 60457-6625
10948853     +Access One,    6842 Eagel Way,    Chicago, IL 60678-0001
10948854     +Albany Door,    5846 W 66th St,    Bedford Park, IL 60638-6204
10948855     +Allen Law Group, LLP,    50 Airport Parkway, Suite 100A,    San Jose, CA 95110-1036
10948856     +Alside Supply,    1470 Mark St,    Elk Grove Village, IL 60007-6714
10948857     +Antonios Drakontaidis,    c/o Nickolas B. Bell,    6601 North Avondale, Suite 203,
               Chicago, IL 60631-1567
10948859     +Armstrong Steel Door,    Teller, Levit & Silvertrust, P.C.,    11 E Adams St #800,
               Chicago, IL 60603-6369
10948860     +Armstrong Steel Doors,    7438 W 90th St,    Bridgeview, IL 60455-2122
10948863     +Baker,Miller,Markoff & Krasny, LLC,    29 N Wacker Dr 5th Floor,    Chicago, IL 60606-2854
10948864     +Caine & Weiner,    P O Box 8500,    Van Nuys, CA 91409-8500
10948865     +Canon Business Solutions,    DEPT 77-6024,    Chicago, IL 60673-0001
10948866      Canon Financial Services,    P O Box 4004,    Carol Stream, IL 60197-4004
10948867      Capitol One,    P O Box 790217,    Saint Louis, MO 63179-0217
10948868      Chase,    P O Box 4661,    Houston, TX 77210-4661
10948869      Chase / Marriott Rewards,    P O Box 15153,    Wilmington, DE 19886-5153
11314206     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10948870      Citi Bank,    P O Box 6309,    The Lakes, NV 88901-6309
10948871     +Citibank/THD CRC,    P O Box 7000,    Olathe, KS 66063-0700
10948872     +Corporate Collection Services, Inc.,    23220 Chagrin Blvd #400,    Beachwood, OH 44122-5433
10948873      DHL,    P O Box 4723,    Houston, TX 77210-4723
10948874     +DLS Computer Services,    P O Box 7426,    Algonquin, IL 60102-7426
10948875     +Dunsdemand,    4836 Brecksville Rd,    Richfield, OH 44286-9177
10948876     +Encore Receivable Management, Inc.,    PO Box 3330,    Olathe, KS 66063-3330
10948877      Encore Receivable Management, Inc.,    PO Box 7000,    Olathe, KS 66063-0700
10948878      Exxon Mobil,    P O Box 530964,    Atlanta, GA 30353-0964
10948879     +Financial Credit Network, Inc.,    1300 W. Main St.,    Visalia, CA 93291-5825
10948880      GC Services LP,    Collection Agency Division,    PO Box 2667 (056),    Houston, TX 77252-2667
10948881      GE Capital,    P O Box 802585,    Chicago, IL 60680-2585
10948882     +General Casualty Insurance,    P O Box 3108,    Milwaukee, WI 53201-3108
10948883     +Haines & Company,    P O Box 2117,    North Canton, OH 44720-0117
10948884      Home Depot,    P O Box 6029,    The Lakes, NV 88901-6029
10948885      Ice Mountain Spring Water,    P O Box 52214,    Phoenix, AZ 85072-2214
10948886     +J S Paluch Inc.,    P O Box 2703,    Schiller Park, IL 60176-0703
11450353      JP Morgan Chase Bank aka Bank One, NA,    P.O. Box 29550,    Phoenix, AZ 85038-9550,
               Attn: Terri Riechlein, AZI-2004
10948887     +James Stevens & Daniels, Inc.,    1283 College Park Drive,    Dover, DE 19904-8713
10948888     +Kemp Air Filter,    P O Box 113,    Tinley Park, IL 60477-0113
10948889     +MB Financial,    6111 N River Road,    Rosemont, IL 60018-5158
10948890     +McLallen Enterprises Inc.,    2170 Point Blvd Ste 600,    Elgin, IL 60123-7886
10948891      Network US,    P O Box 44,    Naperville, IL 60566-0044
10948892     +Omnium Worldwide, Inc.,    P O Box 956842,    Saint Louis, MO 63195-6842
10948893     +Pella Windows & Doors, Inc.,    3369 Paysphere Circle,    Chicago, IL 60674-0033
10948894      Quill Corporation,    P O Box 94081,    Palatine, IL 60094-4081
10948895      R H Donnelley Publishing & Advertis,    8519 Innovation Way,    Chicago, IL 60682-0085
10948896     +Ray Schrieber,    11 N 435 Stonecrest Ct,    Elgin, IL 60124-8160
10948897     +Recovery One, LLC,    5100 Parkcenter Avenue, Suite 120,    Dublin, OH 43017-7563
10948898      Republic Wds, LLC,    333 N. Hickory,    Chicago, IL 60622
10948899     +Richards,    Department 21,    P O Box 1266,    Bedford Park, IL 60499-1266
10948900     +SBC,    Saginaw, MI 48663-0001
10948902     +Shepp Pest Control,    P O Box 813,    Park Ridge, IL 60068-0813
10948903     +Solutions, Inc,    4852 S Harding Ave,    Chicago, IL 60632-3631
10948904      Sprint,    P O Box 4191,    Carol Stream, IL 60197-4191
10948905     +Teller, Levit & Silvertrust PC,    11 E Adams St, Suite 800,    Chicago, IL 60603-6369
10948908     +Tri-State,    9630 S 76th Ave,    Hickory Hills, IL 60457-6625
10948909     +Tri-State Northwest,    1500 W Powis Ct,    West Chicago, IL 60185-6407
10948910     +United Mercantile Agencies, Inc.,    600 S. 7th St,    Louisville, KY 40203-1968
10948911     +West Asset Management,    5300 Oakbrook Parkway,    Bldg 300 Suite 300,    Norcross, GA 30093-2254
10948912     +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126

The following entities were served by electronic transmission on Nov 08, 2007.
11053232      Fax: 602-221-4614 Nov 08 2007 06:07:16     Chase Automotive Finance,    P.O. Box 15700,
               Wilmington, DE 19886-5700
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane, Heyman, Simon, Welch & Clar
10948901     SBC - Illinois
10948906     Timothy J. Clifford, Jr.
10948907     Tom Holakovsky
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2                  Date Rcvd: Nov 07, 2007
Case: 06-12707                 Form ID: pdf002          Total Served: 65

aty*           +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
                                                                                        TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2007**                         **Signature:**   _Joseph Speetjens_